**STATE of Missouri, Respondent,**

v.

**Phillip W. WASHINGTON, Appellant.**

**No. WD 64783.**

Missouri Court of Appeals,
Western District.

June 6, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 2006.

Application for Transfer Denied
Sept. 26, 2006.

Jeannie Marie Willibey, Kansas City,
MO, joins on the briefs for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Jefferson City, MO, for Respondent.

Evan J. Buchheim, Asst. Attorney General, Jefferson City, MO, joins on the
briefs for Respondent.

Before JAMES M. SMART, JR., P.J.,
ROBERT G. ULRICH, and LISA
WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Phillip W. Washington appeals his convictions from a jury trial for two counts of
first-degree robbery, section 569.020,[1] and
one count of armed criminal action, section
571.015. Washington contends that the
verdict directors were in error, and that
the court improperly sentenced him with
regard to the recommendations of the
jury. We reverse the judgment as to the
contention related to sentencing.

The balance of Washington's points on
appeal are affirmed pursuant to Rule

30.25(b) as lacking precedential value. A
memorandum has been furnished the parties as to the points affirmed.

Washington's contention as to sentencing is that the trial court plainly erred by
exceeding its authority in sentencing him
to a term greater than the jury recommended for Count I. He argues that the
court violated section 557.036.5, RSMo
Supp.2004, in sentencing him to a twenty-year term, which exceeded the twelve-year
recommendation from the jury. Section
557.036.5, RSMo Supp.2004, states:

> If the jury returns a verdict of guilty in
> the first stage and declares a term of
> imprisonment in the second stage, the
> court shall proceed as provided in subsection 1 of this section except that *any
> term of imprisonment imposed cannot
> exceed the term declared by the jury*
> unless the term declared by the jury is
> less than the authorized lowest term for
> the offense, in which event the court
> cannot impose a term of imprisonment
> greater than the lowest term provided
> for the offense. (Emphasis added.)

The State concedes this point and recommends the case be remanded to the
trial court to resentence Washington on
Count I to a term of no more than twelve
years. The sentences on Count II for
twenty years and Count III for three
years were proper in that neither exceeded
the recommendations of the jury.

We vacate the sentence on Count I and
remand to the trial court to re-sentence
Washington for Count I. The remainder of
the trial court judgment is affirmed pursuant to Rule 30.25(b).

---

1. All statutory references are to the Revised
Statutes of Missouri, 2000, unless otherwise
indicated.